An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
IRREVOCABLE TRUST AGREEMENT
OF 1979.

No. 67155

CHARRON C. MONZO AS
BENEFICIARY OF THE CHARRON C.
MONZO REAL ESTATE TRUST
AGREEMENT OF 2005,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
GLORIA STURMAN, DISTRICT
JUDGE,
Respondents,
    and
DAISY MONZO,
Real Party in Interest.

**FILED**

MAY 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

### *ORDER DISMISSING PETITION*

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: *Jacie K. Lindem*

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-15217

cc:    Hon. Gloria Sturman, District Judge
Bailus Cook & Kelesis
Iglody Hulet Hogan
Owens & Perkins, P.C.
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk